UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIE GONZALES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BNSF RAILWAY COMPANY, <br><br> Defendant. | Case No. 1:18-cv-01744-LJO-BAM <br><br> ORDER REGARDING STIPULATION TO MODIFY SCHEDULING ORDER |

Pursuant to the parties' stipulation, and good cause appearing, including the unanticipated delay in identifying the additional defendants to be named in Plaintiffs' proposed amended complaint as well as counsel for Plaintiffs' minor health issues, IT IS HEREBY ORDERED that the deadline for any stipulated amendments or motions to amend the pleadings is extended from April 30, 2019, to August 30, 2019. (*See* Doc. No. 16.) The parties are cautioned that further modifications of the deadline for amendment of the pleadings will not be granted absent a showing of good cause. Fed. R. Civ. P. 16(b).

IT IS SO ORDERED.

Dated: **August 16, 2019**　　　　　　　　/s/ *Barbara A. McAuliffe*　
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE