UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIE GONZALES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BNSF RAILWAY COMPANY,<br><br>    Defendant. | Case No. 1:18-cv-01744-LJO-BAM<br><br>ORDER REGARDING STIPULATION FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT<br><br>(Doc. No. 29) |

Pursuant to the parties' stipulation filed on August 28, 2019 (Doc. No. 29), and good cause appearing, Plaintiffs are granted leave to file and serve their First Amended Complaint, a copy of which is attached as Exhibit C to the parties' stipulation. The First Amended Complaint shall be filed on or before September 6, 2019.

The Court SETS a STATUS CONFERENCE for **October 10, 2019, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe** to address the status of service of the First Amended Complaint and setting a scheduling conference. The parties are encouraged to appear at the status conference telephonically and may do so with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3190866.**

IT IS SO ORDERED.

    Dated:   **August 29, 2019**                 /s/ *Barbara A. McAuliffe*
                                                                UNITED STATES MAGISTRATE JUDGE